IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHINTELE MALLOY, | ) |
| Plaintiff | ) ) ) |
| v. | ) **Case No.: 2:12-cv-3192-WY** |
| NCO FINANICAL SYSTEMS, INC., | ) ) |
| Defendant | ) ) ) ) |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK:

Pursuant to Rule 41.1(b), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: July 17, 2012              BY:/s/Craig Thor Kimmel
                                  Craig Thor Kimmel, Esquire
                                  Attorney ID # 57100
                                  Kimmel & Silverman, P.C.
                                  30 E. Butler Pike
                                  Ambler, PA 19002
                                  Phone: (215) 540-8888
                                  Facsimile: (877) 788-2864
                                  Email: kimmel@creditlaw.com
                                  Attorney for Plaintiff